

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

F I L E D

APR 1 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

| | |
|---|---|
| THE CONSTRUCTION INDUSTRY WELFARE FUND OF ROCKFORD, ILLINOIS; THE CONSTRUCTION INDUSTRY RETIREMENT FUND OF ROCKFORD, ILLINOIS; AND BRICKLAYERS and ALLIED CRAFTWORKERS LOCAL 6, ILLINOIS, )))))))) | |
| Plaintiffs, )) | CASE NO. 08 C 5 0 0 65 |
| v. ) | Kapala |
| MASONRY STRUCTURES, INC., An Illinois Corporation )))) | Mahoney |
| Defendant. ) | |

## COMPLAINT

**NOW COMES** the Plaintiffs, THE CONSTRUCTION INDUSTRY WELFARE

FUND OF ROCKFORD, ILLINOIS and THE CONSTRUCTION INDUSTRY

RETIREMENT FUND OF ROCKFORD, ILLINOIS and BRICKLAYERS and ALLIED

CRAFTWORKERS LOCAL 6, ILLINOIS, by and through their attorneys, MARC M.

PEKAY, P.C. and hereby complain against the Defendant, MASONRY STRUCTURES,

INC., an Illinois Corporation, as follows:

　　1.　　Jurisdiction is based on Sections 502(e)(1) and (2) and 515 of the

Employee Retirement Income Security Act of 1974 ("ERISA"), as amended, 29 U.S.C.

Section 1132 (e)(1) and (2) and 1145, Section 301(a) of the Labor Management

Relations Act ("LMRA") of 1947 as amended, 29 U.S.C. Section 185(a), and 28 U.S.C.

Section 1331.

1

2.     Venue is proper pursuant to Section 502(e)(2) of ERISA, 29 U.S.C. Section 1132 (e)(2), and 28 U.S.C. Section 1391 (a) and (b).

3.     (a)     The Plaintiffs are THE CONSTRUCTION INDUSTRY WELFARE FUND OF ROCKFORD, ILLINOIS and THE CONSTRUCTION INDUSTRY RETIREMENT FUND OF ROCKFORD, ILLINOIS; (hereinafter called the "Rockford Funds") and having standing to sue pursuant to 29 U.S.C. Section 1132(d)(1) and 29 U.S.C. Section 185(a).

(b)     The Rockford Funds have been established pursuant to Collective Bargaining Agreements previously entered into between various Unions and certain employer associations whose employees are covered by the Collective Bargaining Agreements with the Unions. The Rockford Funds are maintained and administered in accordance with and pursuant to the provisions of the National Labor Relations Act, as amended, and other applicable state and federal laws.

4.     Plaintiff, BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL UNION NO. 6, ILLNOIS, (hereinafter called "Bricklayers Local 6") is affiliated with the International Union of Bricklayers and is a labor union which represents its members in negotiations and dealing with employers with respect to rates of pay, hours of work, and other conditions of employment.

5.     MASONRY STRUCTURES, INC., (hereinafter "Masonry Structures" or "Defendant") is an Illinois Corporation engaged in the construction industry and doing business within this geographic area and is an industry affecting interstate commerce.

6.     On or about April 14, 2000, Bricklayers Local 6 and the Defendant entered into a Collective Bargaining Agreement. *See Exhibit A.*

2

7.    Under the terms of the Collective Bargaining Agreements and Trust Agreements to which the Defendant is bound, the Defendant is required to make periodic contributions to the Rockford Funds and to the International Bricklayers Union's Pension Fund on behalf of certain employees and to pay monthly dues to Bricklayers Local 6 on behalf of its members

8.    Since on or about April 14, 2000, Masonry Structures has acknowledged and ratified the Collective Bargaining Agreement entered into with the Bricklayers Local 6 by making some but not all of the periodic payments to the Rockford Fund as required by the Collective Bargaining Agreement.

9.    Under the terms of the Collective Bargaining Agreements and Trust Agreements to which Defendant is bound, contributions to the Funds were due on the fifteenth (15th) day of the month.

10.    Pursuant to the Collective Bargaining Agreement to which Defendant is bound, an employer who failed to make the contributions by the twenty-fifth (25th) day of the month after the work was performed was required to pay an additional amount of ten percent (10%) in liquidated damages, along with all legal fees and costs expended to collect this money.

11.    The Defendant has failed to make timely payments of its contributions from March, 2005 to the present as required to be paid by it to the Rockford Fund pursuant to the terms of the Collective Bargaining Agreements by which the Defendant is bound, all in violation of Defendant's contractual obligations and the obligations under State and Federal Statutes.  The current amount Defendant owes in liquidated damages is $1,999.56. (see Exhibit B).

3

12.    The Collective Bargaining Agreements and Trust Agreements to which the Defendant is bound require Masonry Structures to submit its books and records to the Funds on demand for an audit to determine benefit contribution compliance.

13.    An audit was performed on Defendant's books and records for the period January 1, 2005 through June 30, 2007 and shows that Defendant failed to pay $3,132.90 in Contributions (see Exhibit C).  The auditor charged the Fund $650.00 and the delinquent Defendant, pursuant to the Collective Bargaining Agreement and Trust Agreement, is obligated to pay the cost of the audit.

14.    The Defendant's actions in failing to pay contributions violate Sections 515 of ERISA, 29 U.S.C. Section 1145, and Section 301 of the LMRA.  29 U.S.C. Section 185.

15.    Pursuant to Section 502(g)(2) of ERISA, 29 U.S.C. Section 1132 (g)(2), Section 301 of the LMRA, 29 U.S.C. Section 185, and the terms of the Collective Bargaining Agreement, Masonry Structures is liable to the Funds for unpaid contributions, as well as interest and liquidated damages on the unpaid and late contributions, reasonable attorneys' fees and costs, and such other legal and equitable relief as the Court deems appropriate.

**WHEREFORE**, Plaintiffs respectfully request this Court enter a judgment against Defendant, MASONRY STRUCTURES, INC.,

(a)    Enter judgment be entered against the Defendant and in favor of the Plaintiffs in the amount of $5782.46 plus legal fees incurred to collect this money.

(b)    To enjoin Defendant from violating the terms of the Agreement including, but not limited to ordering Defendant to remain current in its payments of contributions; and

(c)    To award Plaintiffs any further legal and equitable relief as the Court deems appropriate.

## COUNT II

### (Failure to Pay Union Dues)

For a cause of action against Defendant, MASONRY STRUCTURES, INC.,

15.    Plaintiffs re-allege paragraphs 1 through 15 of Count I.

16.    Pursuant to the Agreement, Masonry Structures agreed to pay to Bricklayers Local 6 Union dues each month which have been deducted from the wages of covered employees.

17.    Notwithstanding the obligations imposed by the Agreement, Bricklayers Local 6 has reason to believe that Defendant has failed to report to and forward union dues that was deducted from the wages of its employees from April 2000 forward, thereby depriving the Union of income.

18.    Pursuant to the Agreement, the Defendant is liable to Bricklayers Local 6 for the unpaid union dues, as well as reasonable attorney's fees, as the Union's collection agent, and costs, and such other legal and equitable relief as the Court deems appropriate.

**WHEREFORE**, Plaintiffs respectfully request that this Court:

(a)    Enter judgment be entered against the Defendant and in favor of the Plaintiffs.

(b)     To order the Defendant to pay any additional amount of money determined owed pursuant to an audit which would include attorneys' fees and costs;

(c)     To enjoin Defendant from violating the terms of the Agreement including, but not limited to ordering Defendant to remain current in its payments of due ; and

(d)     To award Plaintiffs any further legal and equitable relief as the Court deems appropriate.

**COUNT III**

**(grievance violation)**

For a cause of action against Defendant, MASONRY STRUCTURES, INC.,

18.     Plaintiffs re-allege paragraphs 1 through 15 of Count I and paragraphs 1 through 18 of count II.

19.     On February 22, 2008, pursuant to the Collective Bargaining Agreement, the Union filed a grievance against Defendant alleging that Defendant violated the terms of the collective bargaining agreement by working in the Union's jurisdiction without using the Union's members.  (See Exhibit D).

20.     On February 27, 2008 a notice of grievance was sent to Defendant setting a date for a hearing on the grievance for March 11, 2008. (See Exhibit E).

21.     On March 11, 2008 a grievance hearing was held and the Grievance Committee issues a decision that Defendant violated the terms of the Collective Bargaining Agreement and ordered Defendant to pay 2 individuals equal to 40 hours pay plus fringe benefits. (See Exhibit F).

22.     Notice of the grievance committee decision was sent to the Defendant and the Defendant has failed and refused to comply with the committee decision.

6

Bargaining Agreement and ordered Defendant to pay 2 individuals equal to 40 hours pay plus fringe benefits. (See Exhibit F).

22.    Notice of the grievance committee decision was sent to the Defendant and the Defendant has failed and refused to comply with the committee decision.


**WHEREFORE**, Plaintiffs respectfully request that this Court:

(a)    Judgment be entered against the Defendant and in favor of the Plaintiffs and ordering Defendant to comply with the March 11, 2007 grievance committee decision.

(b)    To enjoin Defendant from violating the terms of the Agreement including, but not limited to ordering Defendant to remain current in its payments of due ; and

(c)    To award Plaintiffs any further legal and equitable relief as the Court deems appropriate.

Respectfully submitted,

CONSTRUCTION INDUSTRY
WELFARE AND RETIREMENT FUND
OF ROCKFORD, ILLINOIS;
BRICKLAYERS LOCAL 6;

Marc M. Pekay, Attorney for Plaintiffs


Marc M. Pekay, P.C.
30 North LaSalle St., Ste. 2426
Chicago, IL 60602
(312) 606-0980

7

04/08/2008  16:14    8159655552    BHC LOCAL 6 IL    PAGE 02

## MEMORANDUM OF AGREEMENT

THIS AGREEMENT made and entered into by and between *Masonry Structures*
*14620 Kesslinger Rd DeKalb Il, 60115*, its successors and assigns, here-
inafter referred to as the "EMPLOYER", First Party, and LOCAL #1, BRICKLAYERS AND STONE MASONS,
hereinafter referred to as the "UNION", Second Party. *6*

THIS AGREEMENT is made in consideration of the mutual promises of the First and Second Parties and the
parties do hereby agree as follows:

1. The EMPLOYER recognizes the UNION as the sole and exclusive bargaining representative for and on behalf
of the employees of the EMPLOYER within the territorial and occupational jurisdiction of the UNION.

2. The Parties do hereby adopt the Agreement dated *June 1 · 1958* by and between
the UNION and the NORTHERN ILLINOIS BUILDING CONTRACTORS ASSOCIATION (NIBCA), and the
parties do hereby mutually agree to be bound by the terms and conditions of the Agreement, the Health and Welfare Trust,
and the Pension Trust, including the per hour contributions provided therein, and the Trust Agreement creating same.

3. This Agreement and the adoption of the Agreement and Trusts referred to in paragraph 2 above, shall be effec-
tive as of *2008 1 st 2008*, and remain in effect to and including the expiration date of
the Agreement adopted herein. This Agreement shall continue in effect from year to year thereafter and specifically adopt
any Agreement entered into between the UNION and NIBCA subsequent to the expiration date of the Agreement herein
adopted unless notice of termination or amendment is given in the manner provided herein.

4. Either Party desiring to amend or terminate this Memorandum of Agreement must notify the other in writing
at least three calendar months prior to the expiration of the Agreement adopted herein.

IN WITNESS WHEREOF, the Parties have executed this Memorandum of Agreement the *14 th* day of
*April*, *2000*

*Masonry Structures Inc*
**EMPLOYER**

By *Mike Cullisan*

*President*
**TITLE**

LOCAL #1, BRICKLAYERS AND STONE MASONS

By *Edward J Ireland*

*B&C Local # 6*
*4477 Linden Rd Ste C.*
*Rockford Il. 61109*
*815 874 1817*
*815 874 5123 FAX*

OFFICE COPY

EXHIBIT

*A*

CONSTRUCTION INDUSTRY FUND OF ROCKFORD
6838 EAST STATE STREET SUITE 201
ROCKFORD, IL 61108

815-399-0800

MASONRY STRUCTURES
14620 KESSLINGER ST
DEKALB, IL 60115

Page 1 of 1

2/27/2008

5056

Your payroll submission(s) for the following were delinquent. You have been assessed a delinquent penalty as follows:

| ACCT | FUND | PAY PERIOD | PSTMRK DT | FUND AMT | % | PENALTY AMT | PD AMT | PD DT | WAIVE |
|------|------|-----------|-----------|----------|-----|-------------|--------|-------|-------|
| CIRBCT | CIAN | 03/31/2005 | 08/02/2005 | $1,243.90 | 10.00 | $124.39 | | | |
| CIRBCT | CIWFR | 03/31/2005 | 08/02/2005 | $1,101.60 | 10.00 | $110.16 | | | |
| CIRBCT | CIAN | 04/30/2005 | 08/02/2005 | $1,314.40 | 10.00 | $131.44 | | | |
| CIRBCT | CIWFR | 04/30/2005 | 08/02/2005 | $1,164.00 | 10.00 | $116.40 | | | |
| CIRBCT | CIAN | 11/30/2005 | 05/25/2006 | $684.20 | 10.00 | $68.42 | | | |
| CIRBCT | CIWFR | 11/30/2005 | 05/25/2006 | $566.50 | 10.00 | $56.65 | | | |
| CIRBCT | CIAN | 12/31/2005 | 05/25/2006 | $112.00 | 10.00 | $11.20 | | | |
| CIRBCT | CIWFR | 12/31/2005 | 05/25/2006 | $92.70 | 10.00 | $9.27 | | | |
| CIRBCT | CIAN | 01/31/2006 | 05/25/2006 | $650.00 | 10.00 | $65.00 | | | |
| CIRBCT | CIWFR | 01/31/2006 | 05/25/2006 | $538.20 | 10.00 | $53.82 | | | |
| CIRBCT | CIAN | 02/28/2006 | 05/25/2006 | $572.20 | 10.00 | $57.22 | | | |
| CIRBCT | CIWFR | 02/28/2006 | 05/25/2006 | $473.80 | 10.00 | $47.38 | | | |
| CIRBCT | CIAN | 03/31/2006 | 05/25/2006 | $678.00 | 10.00 | $67.80 | | | |
| CIRBCT | CIWFR | 03/31/2006 | 05/25/2006 | $561.40 | 10.00 | $56.14 | | | |
| CIRBCT | CIAN | 04/30/2006 | 09/07/2006 | $880.10 | 10.00 | $88.01 | | | |
| CIRBCT | CIWFR | 04/30/2006 | 09/07/2006 | $728.70 | 10.00 | $72.87 | | | |
| CIRBCT | CIAN | 05/31/2006 | 09/07/2006 | $758.80 | 10.00 | $75.88 | | | |
| CIRBCT | CIWFR | 05/31/2006 | 09/07/2006 | $628.30 | 10.00 | $62.83 | | | |
| CIRBCT | CIAN | 06/30/2006 | 09/07/2006 | $804.20 | 10.00 | $80.42 | | | |
| CIRBCT | CIWFR | 06/30/2006 | 09/07/2006 | $616.00 | 10.00 | $61.60 | | | |
| CIRBCT | CIAN | 07/31/2006 | 11/30/2006 | $836.50 | 10.00 | $83.65 | | | |
| CIRBCT | CIWFR | 07/31/2006 | 11/30/2006 | $640.80 | 10.00 | $64.08 | | | |
| CIRBCT | CIAN | 08/31/2006 | 11/30/2006 | $1,048.30 | 10.00 | $104.83 | | | |
| CIRBCT | CIWFR | 08/31/2006 | 11/30/2006 | $803.00 | 10.00 | $80.30 | | | |
| CIRBCT | CIAN | 09/30/2006 | 11/30/2006 | $725.20 | 10.00 | $72.52 | | | |
| CIRBCT | CIWFR | 09/30/2006 | 11/30/2006 | $555.50 | 10.00 | $55.55 | | | |
| CIRBCT | CIAN | 10/31/2006 | 11/30/2006 | $689.30 | 10.00 | $68.93 | | | |
| CIRBCT | CIWFR | 10/31/2006 | 11/30/2006 | $528.00 | 10.00 | $52.80 | | | |

|  | Totals | $1,999.56 | $0.00 |
|--|--------|-----------|-------|
|  | Total Due upon Receipt | $1,999.56 | |



Please remit penalty due under separate cover from any hours submissions. Please attach a copy of this letter with your remittance.
Thank you

EXHIBIT
B

# RICHARD J. WOLF AND COMPANY, INC.

Post Office Box 591
Palos Park, Illinois 60464
(708) 923-0909
Fax (708) 923-0910



October 23, 2007

Board of Trustees of the Various
Fringe Benefit Funds of the
Construction Industry Funds

RE: Masonry Structures Inc.

We have performed a fringe benefit contribution compliance audit of Masonry
Structures Inc., for the period from January 1, 2005 through June 30, 2007.
The audit encompassed the comparison of individual earnings records to certain
payroll tax and fund reports and a review of the general disbursements records.

The comparison and review indicate that the employer has not complied with
its fringe benefit contribution requirements and owes the following amounts:

| FUND | AMOUNT |
|---|---|
| WELFARE | $ 1,217.85 |
| RETIREMENT | 1,586.04 |
| ADVANCEMENT | 39.74 |
| PROMOTION | 8.88 |
| Sub Total | $ 2,852.51 |
| 10% Liq. Damages | $    280.39 |
| TOTAL | $ 3,132.90 |

RICHARD J. WOLF AND COMPANY, INC.

EXHIBIT

C

CONSTRUCTION INDUSTRY FUNDS - GROUP #100 - BAC 6 - #6 ROCKFORD BRICKLAYERS

MASONRY STRUCTURES, INC. #5056

**YEAR: 2005**

ADDITIONAL HOURS  1/05 - 12/05   GROUP #100

| S.S.# | Flags | Type | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RICHTER, CHARLES | # | Hours | - | - | 4.50 | - | - | - | - | - | - | - | - | - | 4.50 |
| 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 | | | | | | | | | | | | | | | |

**TOTAL HOURS**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | - | - | 4.50 | - | - | - | - | - | - | - | - | - | 4.50 |

**AMOUNT DUE TO FUNDS:**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WELFARE | $ - | $ - | $ 21.60 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 21.60 |
| RETIREMENT | $ - | $ - | $ 24.39 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 24.39 |
| ADVANCEMENT | $ - | $ - | $ 0.59 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 0.59 |
| PROMOTION | $ - | $ - | $ 0.18 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 0.18 |
| TOTAL | $ - | $ - | $ 46.76 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 46.76 |

| Rates: | 6/1/04 | to | 5/31/05 |
|---|---|---|---|
| WELFARE | 4.80 | ADVANCEMENT | 0.13 |
| RETIREMENT | 5.42 | PROMOTION | 0.04 |

10/23/2007

CONSTRUCTION INDUSTRY FUNDS - GROUP #100 - BAC 6 - #6 ROCKFORD BRICKLAYERS

MASONRY STRUCTURES, INC.  #5056

YEAR:  2006

ADDITIONAL HOURS  1/06 - 12/06   GROUP #100

| S.S. # | Flags | Type | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BUTTS, MICHAEL 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 | # | Hours | - | - | - | - | - | - | - | - | - | - | 73.50 | 78.00 | 151.50 |

| TOTAL HOURS | | | - | - | - | - | - | - | - | - | - | - | 73.50 | 78.00 | 151.50 |

| AMOUNT DUE TO FUNDS: | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WELFARE | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 404.25 | $ 429.00 | $ 833.25 |
| RETIREMENT | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 527.73 | $ 560.04 | $ 1,087.77 |
| ADVANCEMENT | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 13.23 | $ 14.04 | $ 27.27 |
| PROMOTION | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 2.94 | $ 3.12 | $ 6.06 |
| TOTAL | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 948.15 | $ 1,006.20 | $ 1,954.35 |

| Rates: | 6/1/06 | to | 5/31/07 |
|---|---|---|---|
| WELFARE | 5.50 | ADVANCEMENT | 0.18 |
| RETIREMENT | 7.18 | PROMOTION | 0.04 |

**CONSTRUCTION INDUSTRY FUNDS - GROUP #100 - BAC 6 - #6 ROCKFORD BRICKLAYERS**

**MASONRY STRUCTURES, INC. #6056**

**ADDITIONAL HOURS 1/07 - 12/07   GROUP #100**

**YEAR: 2007**

| S. S. # | Flags # | Type | Hours | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BUTTS, MICHAEL 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 | | | | Jan 66.00 | - | - | - | - | - | - | - | - | - | - | - | 66.00 |

**TOTAL HOURS**

| | 66.00 | - | - | - | - | - | - | - | - | - | - | - | 66.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**AMOUNT DUE TO FUNDS:**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WELFARE | $ 363.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 363.00 |
| RETIREMENT | $ 473.88 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 473.88 |
| ADVANCEMENT | $ 11.88 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 11.88 |
| PROMOTION | $ 2.64 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 2.64 |
| TOTAL | $ 851.40 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 851.40 |

| Rates: | 6/1/06 | to | 5/31/07 |
|---|---|---|---|
| WELFARE | 5.50 | ADVANCEMENT | 0.18 |
| RETIREMENT | 7.18 | PROMOTION | 0.04 |

10/23/2007

CONSTRUCTION INDUSTRY FUNDS - GROUP #100 - BAC 6 - #6 ROCKFORD BRICKLAYERS

MASONRY STRUCTURES, INC.   #5056

RICHARD J. WOLF AND COMPANY, INC.

SUMMARY REPORT TOTAL - GROUP #100

|  | ADDITIONAL | UNREPORTED | TOTAL |
|---|---|---|---|
| WELFARE | $ 1,217.85 | $ - | $ 1,217.85 |
| RETIREMENT | $ 1,586.04 | $ - | $ 1,586.04 |
| ADVANCEMENT | $ 39.74 | $ - | $ 39.74 |
| PROMOTION | $ 8.88 | $ - | $ 8.88 |
| TOTAL | $ 2,852.51 | $ - | $ 2,852.51 |

10/23/2007

CONSTRUCTION INDUSTRY FUNDS - GROUP #100 - BAC 6 - #6 ROCKFORD BRICKLAYERS

MASONRY STRUCTURES, INC.  #5056

RICHARD J. WOLF AND COMPANY, INC.

** GRAND TOTAL **

| | | |
|---|---|---|
| WELFARE | $ | 1,217.85 |
| RETIREMENT | $ | 1,586.04 |
| ADVANCEMENT | $ | 39.74 |
| PROMOTION | $ | 8.88 |
| TOTAL | $ | 2,852.51 |

04/08/2008  12:08    815-226-4856         NIBCA                        PAGE  04

3/11
9°° AM

# BAC LOCAL #6 IL
# GRIEVANCE FORM

2-15-8 Thru- 2-21-8                                    2-22-8
**Date of Violation**                                  **Date Grievance Filed**

Grievance filed against: _Masonry Structures_
_____
                    Name of Individual and/or Company

14620  Keslinger rd  Dekalb IL    60115    630-754-9690
**Address**        **City**      **State**  **Zip Code**  **Telephone**

**Where did violation occur?** (Job Site, Shop or Other Location) _Babies 'R' us_
_6403 E. State st  Rockford IL_

**What Articles of Agreement were violated?** _13.1_ _____

**If severance is involved - state nature of severance:** _____

**Nature of grievance:** _Working in local #6 Jurisdiction without_
_any local #6 members_
_____
_____
_____
_____
_____
_____
_____
                                    (continued on reverse - yes   no)

**What remedy is sought by the aggrieved?** _Forty hours of wages and_
_benefits for Two masons_

Signature of Aggrieved          _Dae Fleming_
Address: _____          Local #6 Representative
_____                   BAC Local #6
_____                   661 Southrock Drive
                                Rockford IL 61103
Phone #(    )_____      Phone (815) 963-5311

**EXHIBIT**

D

04/08/2008  12:08   815-226-4856     ‒   ⸺    NIBCA       PAGE  03



NORTHERN ILLINOIS BUILDING
CONTRACTORS ASSOCIATION

February 27, 2008

Masonry Structures
14620 Keslinger Road
DeKalb, IL 60115

Dear Sir:

There will be a hearing on the grievance received by you from Bricklayers Local #6
on March 11 at 9:00 am in the offices of the Northern Illinois Building Contractors
Association.

Yours truly,

NORTHERN ILLINOIS BUILDING
CONTRACTORS ASSOCIATION

Glen L. Turpoff
Executive Director

GLT:lb

Certified mail

1111 South Alpine Road
Suite 202
Rockford, IL 61108
Ph 815.229.5636
Fx 815.226.4856
Web www.nibca.net

EXHIBIT

_E_

04/08/2008  12:00   815-226-4856          NIBCA                        PAGE  02



NORTHERN ILLINOIS BUILDING
CONTRACTORS ASSOCIATION

March 11, 2008

Masonry Structures
14620 Keslinger Road
DeKalb, IL 60115

Dear Sir:

A grievance was held on March 11 whereupon Bricklayer's Local #6 gave testimony
that your company violated its agreement.  Hearing no evidence to the contrary from
your company the committee voted unanimously on the following remittances:

> You are, within five working days of receipt of this notice, to remit to
> Bricklayer's Local #6, 661 Southrock Drive, Rockford, IL 61103, an
> amount equal to 40 hours plus fringes for the two individuals listed
> below;
>    Jemar Smith - SS #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
>    Candido Badillo - SS #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

If you have any questions please call myself or Ed Tegland at Bricklayer's Local #6,
815-963-5311.

Yours truly,

NORTHERN ILLINOIS BUILDING
CONTRACTORS ASSOCIATION

Glen L. Turpoff
Executive Director

GLT:lb

1111 South Alpine Road
Suite 202
Rockford, IL 61108
Ph 815.226.5836
Fx 815.226.4856
Web www.nibca.net

EXHIBIT
F