# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

FILED
APR 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| In the Matter of | Case Number: |
|---|---|
| The Construction Industry Welfare Fund of Rockford, IL.; The Construction Industry Retirement Fund of Rockford, IL; and Bricklayers and Allied Craftworkers Local 6, Illinois<br>v.<br>Masonry Structures, Inc., an Illinois Corporation | 08 C 50 0 65 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

The Construction Industry Welfare Fund of Rockford, IL.; The Construction Industry Retirement Fund of Rockford, IL; Bricklayers and Allied Craftworkers Local 6, Illinois

| NAME (Type or print) |
|---|
| Idala H. Strouse |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| /s/ *[signature]* |
| FIRM |
| Marc M. Pekay, P.C. |
| STREET ADDRESS |
| 30 N. LaSalle St., Ste. 2426 |
| CITY/STATE/ZIP |
| Chicago, IL  60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06257845 | (312) 606-0980 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐