# United States District Court for the Northern District of Illinois

Case Number: _08 - 50065_          Assigned/IssuedBy: _P6_

**FEE INFORMATION**

**Amount Due:**  ☐ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

FILED

APR 15 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*(For use by Fiscal Department Only)*

Amount Paid: _____          Receipt #: _____

Date Paid: _____          Fiscal Clerk: _____

**ISSUANCES**

**Type Of Issuance:**

☒ Summons          ☐ Alias Summons

☐ Third Party Summons          ☐ Lis Pendens

☐ Non Wage Garnishment Summons

☐ Wage-Deduction Garnishment Summons

☐ Citation to Discover Assets

☐ Writ _____
          *(Type of Writ)*

Original and _0_ copies on _4/15/08_ as to _Defendant_
                    *(Date)*

_____

_____

C:\wpwin80\docket\fecinfo.frm   01/01