AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

The Construction Industry Welfare Fund of Rockford, IL.;
The Construction Industry Retirement Fund of Rockford, IL;
and Bricklayers and Allied Craftworkers Local 6, Illinois

V.

Masonry Structures, Inc., an Illinois Corporation

CASE NUMBER: 08 C 50 0 65

ASSIGNED JUDGE: KAPALA

DESIGNATED MAGISTRATE JUDGE: Mahoney

TO: (Name and address of Defendant)

Masonry Structures, Inc.
14620 Keslinger St.
DeKalb, IL 60115

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Marc M. Pekay, P.C.
30 N. LaSalle St., Ste. 2426
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

4/15/08
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | 4/23/08 |
| NAME OF SERVER (PRINT) Deputy Brett Paul | TITLE Deputy |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Robin Dallesasse (Treasurer) Masonry Structures
FW/44   14620 Keslinger Rd
DOB-4/11/9/64   DeKalb, IL 60115

mailed 4/24/08
pps

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 44.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/23/08
       Date            Signature of Server

150 N. Main St Sycamore, IL 60178
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.