IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE CONSTRUCTION INDUSTRY WELFARE FUND OF ROCKFORD, ILLINOIS; THE CONSTRUCTION INDUSTRY RETIREMENT FUND OF ROCKFORD, ILLINOIS; AND BRICKLAYERS and ALLIED CRAFTWORKERS LOCAL 6, ILLINOIS, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) **CASE NO. 08 C 50065** |
| v. | ) Judge: Kapala<br>) Magistrate Judge: Mahoney |
| MASONRY STRUCTURES, INC., An Illinois Corporation | )<br>)<br>) |
| Defendant. | ) |

**MOTION FOR DEFAULT AND TO COMPEL AN AUDIT**

**NOW COMES** the Plaintiffs, THE CONSTRUCTION INDUSTRY WELFARE FUND OF ROCKFORD, ILLINOIS; THE CONSTRUCTION INDUSTRY RETIREMENT FUND OF ROCKFORD, ILLINOIS and BRICKLAYERS and ALLIED CRAFTWORKERS LOCAL 6, ILLINOIS (hereinafter called "The Plaintiffs"), by and through their attorneys, MARC M. PEKAY, P.C. and hereby move for an Entry for Default and to Compel an Audit against the Defendant, MASONRY STRUCTURES, INC. (hereinafter called "the Company").  In support of this Motion, Plaintiffs state as follows:

1.   Plaintiffs filed their Complaint on April 15, 2008 seeking liquidated damages, unpaid contributions, an audit of the Defendants books and records and to collect lost wages pursuant to a grievance committee decision.

2.      Defendants were served with the Complaint on April 23, 2008. (See as attached hereto as Exhibit A).

3.      The time in which the Defendants have to answer or otherwise plead has expired.

4.      Pursuant to Section 502 of the Employee Retirement Act of 1974 ("ERISA"), as amended, 29 U.S.C. §1132(g)(2), Section 301 of the Labor Management Relations Act ("LMRA"), as amended, 29 U.S.C. §185, the Agreement, and the Plaintiffs' respective Agreements, Defendants, should be ordered to submit current benefit and dues reports and contributions and to submit its books and records to an audit.

WHEREFORE  Plaintiffs respectfully request that this Court enter an Order finding:

a.      Defendant, Masonry Structures, Inc. is in default;

b.      The Defendant is to submit current benefit and dues reports and contributions and to submit its books and records to an audit.  Plaintiffs further request that this Court retain jurisdiction to enter Default Judgment in Sum Certain upon conclusion of the audit including all unpaid contributions, interest, liquidated damages, accumulated interest and liquidated damages on late reports, audit costs, and Plaintiffs' attorneys' fees and costs pursuant to the terms of the collective bargaining agreement, the Plaintiffs' respective Agreements and Declarations of Trust, and 29 U.S.C. §1132(g)(2);

c. Any other further legal and equitable relief as this Court deems appropriate.

Respectfully submitted,
CONSTRUCTION INDUSTRY FUNDS, et al.,


By: s/IDALA H. STROUSE
MARC M. PEKAY, P.C.
Attorneys for Plaintiffs

MARC M. PEKAY, P.C.
30 NORTH LA SALLE ST.
SUITE 2426
CHICAGO, IL  60602
312/606-0980

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

The Construction Industry Welfare Fund of Rockford, IL.;
The Construction Industry Retirement Fund of Rockford, IL;
and Bricklayers and Allied Craftworkers Local 6, Illinois

V.

Masonry Structures, Inc., an Illinois Corporation

CASE NUMBER: 08 C 5 0 0 65

ASSIGNED JUDGE: Kapala

DESIGNATED MAGISTRATE JUDGE: Mahoney

TO: (Name and address of Defendant)

Masonry Structures, Inc.
14620 Keslinger St.
DeKalb, IL 60115

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Marc M. Pekay, P.C.
30 N. LaSalle St., Ste. 2426
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

4/15/08
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE 4/23/08 |
| NAME OF SERVER (PRINT) Deputy Brett Paul | TITLE Deputy |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Robin Dallesasse (Treasurer) Masonry Structures
F/W/44    14620 Keslinger Rd
DOB-4/1/1964    DeKalb, IL 60115

mailed 4/24/08
pps

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 44.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/23/08
            Date

*Signature of Server*

150 N. Main St Sycamore, IL 60178
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE CONSTRUCTION INDUSTRY WELFARE FUND OF ROCKFORD, ILLINOIS; THE CONSTRUCTION INDUSTRY RETIREMENT FUND OF ROCKFORD, ILLINOIS; AND BRICKLAYERS and ALLIED CRAFTWORKERS LOCAL 6, ILLINOIS, <br><br> Plaintiffs, <br> v. <br><br> MASONRY STRUCTURES, INC., An Illinois Corporation <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) **CASE NO. 08 C 50065** <br> ) Judge: Kapala <br> ) Magistrate Judge: Mahoney <br> ) <br> ) <br> ) <br> ) <br> ) |

### ORDER

This matter having come to be heard on the Motion of Plaintiffs, THE CONSTRUCTION INDUSTRY WELFARE FUND OF ROCKFORD, ILLINOIS and THE CONSTRUCTION INDUSTRY RETIRMENT FUND OF ROCKFORD, ILLINOIS AND BRICKLAYERS and ALLIED CRAFTWORKERS LOCAL 6, ILLINOIS, (hereinafter referred to as the "Plaintiffs"), for Order of Default and to Compel an Audit, due notice having been given, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED**:

1.      That Defendant, MASONRY STRUCTURES (hereinafter referred to as the "Defendant") is in default;

2.      That the Defendant is to submit the following documents to the Law Offices of Marc M. Pekay, 30 N. LaSalle St., Suite 2426, Chicago, IL 60602 within 30 days from receipt of this Order for an audit covering the period May 5, 2005 through the present date:

      a.    All cash disbursement journals;

      b.    All individual payroll records;

      c.    All time records which are the basis of the above-mentioned individual payroll records;

      d.    All state unemployment tax returns;

      e.    All union, pension, welfare and apprenticeship fund records beginning;

      f.    All other relevant records which would tend to show the employer's compliance with the terms of the Collective Bargaining Agreement that the employer paid contributions to the Plaintiff.

FURTHER, the Court retains jurisdiction to enter judgment in a sum to be ascertained upon the completion of the audit.

Enter:

_____
The Honorable Magistrate Judge
Mahoney of the United States
District Court

Dated:_____