**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| THE CONSTRUCTION INDUSTRY WELFARE FUND OF ROCKFORD, ILLINOIS; THE CONSTRUCTION INDUSTRY RETIREMENT FUND OF ROCKFORD, ILLINOIS; AND BRICKLAYERS and ALLIED CRAFTWORKERS LOCAL 6, ILLINOIS,  )<br><br>Plaintiffs,  )<br>v.  )<br>  )<br>MASONRY STRUCTURES, INC.,  )<br>An Illinois Corporation  )<br>  )<br>Defendant.  )  | **CASE NO. 08 C 50065**<br>Judge: Kapala<br>Magistrate Judge: Mahoney |

### NOTICE OF MOTION

TO:  Masonry Structures, Inc.
 14620 Keslinger Road
 Dekalb, IL 60115

**PLEASE TAKE NOTICE** that on **June 27, 2008,** at the hour of **1:30 p.m.,** or as soon thereafter as counsel may be heard, I shall appear before the <u>Magistrate Judge Mahoney</u> in the Courtroom usually occupied by him at the United States District Courthouse, Western Division, 211 South Court St., Rockford, IL 61101 and shall then and there present the **MOTION FOR DEFAULT AND TO COMPEL AN AUDIT** for the above captioned matter. A copy of which is hereto served upon you.

 Respectfully submitted,

 <u>By: s/ Idala H. Strouse</u>
 Attorney for Plaintiffs

MARC M. PEKAY P.C.
30 North La Salle Street - Suite 2426
Chicago, IL 60602
312-606-0980

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **MOTION FOR DEFAULT AND TO COMPEL AN AUDIT** (Case No. 08 C 50065) to be served upon:

Masonry Structures, Inc.
14620 Keslinger Road
Dekalb, IL 60115

by placing same in an envelope properly addresses as set out above, and delivering by first class mail, with postage costs paid, by placing in a U.S. Mail box located at 30 N. LaSalle Street, Chicago, Illinois, before the hour of 5:00 p.m. on this **29th** day of **May, 2008.**

BY: s/IDALA H. STROUSE
Attorney for Plaintiffs

MARC M. PEKAY P.C.
30 N. LaSalle St., Ste 2426
Chicago, IL 60602
312-606-0980
Firm #990