## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50065 | **DATE** | 6/27/2008 |
| **CASE TITLE** | Construction Industry Welfare vs. Masonry Structures | | |

**DOCKET ENTRY TEXT:**

Motion hearing held. It is the Report and Recommendation of the Magistrate Judge that plaintiff's motion for entry of default and to compel an audit [10] be granted. Parties are given ten days from service of this order, as calculated under Rule 6, to file objections with Judge Kapala pursuant to FRCP 72. Objections need not be presented as stated in Local Rule 5.3.

*Copy to judge/magistrate judge.

00:5

**FILED**

JUN 3 0 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | JM |
|---|---|---|