# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50065 | **DATE** | 7/24/2008 |
| **CASE TITLE** | The Constr. Indus. Welfare Fund of Rockford, Illinois, et al. vs. Masonry Structures, Inc. | | |

**DOCKET ENTRY TEXT:**

There being no written objection to the report and recommendation of the magistrate judge entered on 6/30/2008, see 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); <u>Thomas v. Arn</u>, 474 U.S. 140, 149-50 (1985), and the court having reviewed the report and recommendation, the court accepts the report and recommendation and grants plaintiffs' motion for entry of default against defendant Masonry Structures, Inc. and plaintiffs' motion to compel an audit. Within 30 days of its receipt of this order, defendant Masonry Structures, Inc. shall submit the following documents to plaintiffs' counsel at 30 N. LaSalle St., Suite 2426, Chicago, IL 60602. For the time period of May 5, 2005 to the date of this order, all (i) cash disbursement journals, (ii) individual payroll records, (iii) time records which are the basis of the individual payroll records; (iv) state unemployment tax returns, (v) union, pension, welfare and apprenticeship fund records, and (vi) all other records necessary to enable plaintiffs' to conduct an accurate audit of defendant Masonry Structures, Inc.

*[signature: Frederick J. Kapala]*

Docketing to mail notices.

| | Courtroom Deputy Initials | /lc |
|---|---|---|