DEKALB COUNTY SHERIFF'S OFFICE       SHERIFF'S SERVICE FEES: $ 44 ºº
150 N. MAIN ST.
SYCAMORE, IL 60178                   Roger Scott
(815) 895-7259                       _____
                                     SHERIFF OF DEKALB COUNTY, ILLINOIS

I CERTIFY THAT I SERVED THE ENCLOSED PAPER (S) ON THE DEFENDANT(S) AS FOLLOWS:

1). **PERSONAL SERVICE**: BY LEAVING A TRUE COPY OF THE _____ SUMMONS/COMPLAINT, _____ CITATION, _____ RULE, _____ ORDER, _____ SUBPOENA, _____ BODY ATTACHMENT, _____ OTHER..

**DEFENDANT (S)**          **ADDRESS SERVED**          **DATE & TIME SERVED**

2). **SUBSTITUTE SERVICE**: BY LEAVING A TRUE COPY AT THE DEFENDANT(S) USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON THE CONTENTS THEREOF OF THE _____ SUMMONS/COMPLAINT, _____ CITATION, __✓__ OTHER. ALSO, A TRUE COPY OF THE SUMMONS / CITATION / OTHER WAS MAILED TO THE DEFENDANT(S) AT HIS/HER USUAL PLACE OF ABODE ON ~~8/4/08~~ _____. SUBJECT SERVED REFUSED NAME OR RELATIONSHIP TO THE OFFENDER(S) _____.

**DEFENDANT(S)**          **PERSON SERVED FOR DEFENDANT(S)**          **DATE & TIME SERVED**

3). **SERVICE ON CORPORATION, COMPANY, BUSINESS PARTNERSHIP**: BY LEAVING A COPY OF THE ~~SUMMONS / COMPLAINT (OR INTERROGATORIES)~~ Letter & Court Order WITH THE REGISTERED AGENT OR RESPONSIBLE PERSON OR PARTNER OF THE DEFENDANT.

**NAME OF CORPORATION**       **PERSON SERVED/TITLE**       **DATE & TIME SERVED**
Masonry Structures Inc.       Robin Dallesasso              8/4/08
14620 Keslinger Rd            F/W/44                        1:56 pm
DeKalb, IL 60115              DOB - 4/1/1964

CERTIFICATE OF MAILING: I HEREBY CERTIFY THAT, WITHIN 2 BUSINESS DAYS OF SERVICE UPON THE GARNISHEE OF THE NON-WAGE GARNISHMENT SUMMONS, INTERROGATORIES AND NON-WAGE DEDUCTION NOTICE, I SERVED UPON THE JUDGMENT DEBTOR IN THIS CAUSE A COPY OF THE NON-WAGE DEDUCTION SUMMONS, NON-WAGE DEDUCTION NOTICE, A COPY OF THE JUDGMENT OR CERTIFICATION OF JUDGMENT BY FIRST CLASS MAIL TO THE JUDGMENT DEBTOR'S ADDRESS AS INDICATED IN THE NON-WAGE DEDUCTION NOTICE.

                        _____        _____
                        DATE OF MAILING                    DEPUTY (MAILING)

4). **OTHER SERVICE**:
_____
_____

            Roger Scott                              SHERIFF OF DEKALB COUNTY, ILLINOIS
SERVED BY: _____          _____ DEPUTY

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50065 | **DATE** | 7/24/2008 |
| **CASE TITLE** | The Constr. Indus. Welfare Fund of Rockford, Illinois, et al. vs. Masonry Structures, Inc. | | |

**DOCKET ENTRY TEXT:**

There being no written objection to the report and recommendation of the magistrate judge entered on 6/30/2008, see 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985), and the court having reviewed the report and recommendation, the court accepts the report and recommendation and grants plaintiffs' motion for entry of default against defendant Masonry Structures, Inc. and plaintiffs' motion to compel an audit. Within 30 days of its receipt of this order, defendant Masonry Structures, Inc. shall submit the following documents to plaintiffs' counsel at 30 N. LaSalle St., Suite 2426, Chicago, IL 60602. For the time period of May 5, 2005 to the date of this order, all (i) cash disbursement journals, (ii) individual payroll records, (iii) time records which are the basis of the individual payroll records; (iv) state unemployment tax returns, (v) union, pension, welfare and apprenticeship fund records, and (vi) all other records necessary to enable plaintiffs' to conduct an accurate audit of defendant Masonry Structures, Inc.

*[Signature]*

Docketing to mail notices.

| | Courtroom Deputy Initials | /lc |
|---|---|---|